Pursuant to Local Rules 4 and 6 (see back of form for pertinent portions of same) you must complete and return this form immediately if you represent a defendant in this district.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## APPEARANCE AFFIDAVIT OF COUNSEL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs | ) | CRIMINAL : 4:21MJ83 |
| BRIAN ULRICH | ) | |

Enter my appearance as :

(✔) Counsel for Defendant ___BRIAN ULRICH___
Name of Defendant

(  ) Co-counsel for Defendant

(  ) Local Counsel for Defendant

(✔) I am a member of the Bar in the ___SOUTHERN DISTRICT OF GEORGIA___

(  ) Enclosed is a certificate of good standing since I am not a member of the Bar of the Southern District of Georgia

(✔) I hereby acknowledge receipt of the Local Rules for this U. S. District Court and do further acknowledge the fact that I am familiar with said rules and that my conduct during the course of this case shall be in accordance with said rules, in default of which I may be held on contempt.

(  ) Other ___

Dated at ___RICHMOND HILL / GA___
City / State

on ___11TH___ day of ___AUGUST___, 2021.

Name ___A. J. BALBO___ L / S
(Please Print)

Address ___P.O. BOX 1297___
___RICHMOND HILL, GA 31324___

Phone ___912-459-1776___