# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:21mj83 | **DATE:** August 11, 2021 |
| **UNITED STATES OF AMERICA** | **TIME:** 2:33 - 3:00 p.m. |
| v. | **LOCATION:** SAVANNAH |
| **BRIAN ULRICH** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Ryan Powell | **Security:** CSO Bill/USMS Ryan |
| **Attorney(s) for Government:** Joshua Bearden | |
| **Attorney(s) for Defendant:** A.J. Balbo (retained) | |

**PROCEEDINGS:** INITIAL APPEARANCE - RULE 5

  **CHARGING DISTRICT:** District of Columbia

  **CASE NUMBER:** 1:21-cr-28-APM

- [✓] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [ ] Defendant waives preliminary hearing
- [✓] Defendant waives identity hearing
- [ ] Preliminary hearing set for:
- [ ] Government moves for detention:
    - [ ] Defendant waives detention hearing in the Southern District of Georgia
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [✓] Defendant released on an Appearance Bond
    - [✓] Defendant is ordered to appear at the charging district on: 8/13/2021 at 10:30 a.m. via VTC
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant remanded to the custody of the US Marshal for transport back to: _____

**ADDITIONAL COMMENTS:**

Defendant was released on an unsecured bond in the amount of $25,000.00 with supervision.